

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00097-CV

**M.C. RESEARCH, INC.**,
Appellant

v.

**LAND RESOURCES, INC.**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-19920
Honorable Lori D. Massey, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: August 19, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of conference, which states the motion is unopposed. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM